AUDREY J. BARRIS
Trustee in Bankruptcy
Post Office Box 573
Pebble Beach, CA 93953
Telephone: (831)655-3552

**FILED**
APR 0 4 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re:                                    Case No: 09-61012

HELMSING, LAURA S                         Chapter 7

                Debtor(s).

### NOTICE OF UNCLAIMED DIVIDENDS

**TO THE CLERK, UNITED STATES BANKRUPTCY COURT:**

Pursuant to Federal Rule of Bankruptcy Procedure 3011, AUDREY J. BARRIS, duly appointed, qualified and acting Trustee in the above-entitled case, her eby turns over to the Court, unclaimed dividend(s) in the amount of $5.59. The name(s) and address(es) of the claimant(s) entitles to the unclaimed dividends are as follows:

| CLAIM # | NAME/ADDRESS OF CLAIMANT | CLAIM AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| 3 | Coast to Coast Financial<br>101 Hodencamp Rd<br>Suite 120<br>Thousand Oaks, CA 91360 | $86.23 | $5.59 |

TOTAL UNCLAIMED DIVIDENDS: $5.59

Dated: March 23, 2011

s/ Audrey J. Barris
Audrey J. Barris
Chapter 7 Trustee